IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DONNIE TYRON HORTON,             )
TDCJ No. 1248700,                )
                    Petitioner,  )
                                 )
v.                               )          Civil No. 7:13-CV-077-O-BL
                                 )
WILLIAM STEPHENS, Director,      )
Texas Department of Criminal Justice,  )
Correctional Institutions Division,    )
                    Respondent.  )

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the

Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections

thereto, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal

set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby

adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 28th day of August, 2013.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**